UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIAN HARGROVE, an individual,<br><br>                  Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO, a Municipal Corporation; MARA ELLIOTT in her individual capacity and in her official capacity as City Attorney for the City of San Diego; JOHN HEMMERLING in his individual capacity and as Assistant City Attorney for the City of San Diego; and DOES 1 through 100, inclusive,<br><br>                  Defendants. | Case No.: 21-CV-1491 JLS (WVG)<br><br>**ORDER (1) RECUSING FROM CASE AND (2) REQUESTING REASSIGNMENT** |

    Presently before the Court is the Complaint filed by Plaintiff Dorian Hargrove (ECF No. 1). The undersigned **HEREBY RECUSES** from this case and **REQUESTS** that another District Judge be assigned.

    **IT IS SO ORDERED.**

Dated: August 23, 2021

                                                Hon. Janis L. Sammartino
                                                United States District Judge