| Attorney or Party without Attorney:<br>Edward Susolik, Esq. (SBN 151081)<br>CALLAHAN & BLAINE<br>3 HUTTON CENTER DRIVE #900<br>SANTA ANA , CA 92707<br>　Telephone No: (213) 216-0049<br>　　Attorney For: Plaintiff | Ref. No. or File No.:<br>9999-04 | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA |
|---|

| Plaintiff: DORIAN HARGROVE, an individual |
| Defendant: CITY OF SAN DIEGO, a Municipal Corporation, et al. |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:21-cv-01491-JLS-WVG |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Order (1) Recusing From Case And (2) Requesting Reassignment

3. a. Party served:     MARA ELLIOTT in her official capacity as City Attorney for the City of San Diego
   b. Person served:   L. WISE, CITY CLERK (African American , Female , Age: 40 , Hair: Brown , Eyes: Brown , Height: 5'6" , Weight: 140) S
   　　　　　　　　　Served under F.R.C.P. Rule 4.

4. Address where the party was served:   202 C Street , San Diego, CA 92101

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Sep 29 2021 (2) at: 04:30 PM

6. **Person Who Served Papers:**
   a. Mark Brown (1865, San Diego County)
   b. FIRST LEGAL
     600 W. Santa Ana Blvd., Ste. 101
     SANTA ANA, CA 92701
   c. (714) 541-1110

   d. **The Fee** for Service was: $46.90

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

09/30/2021                                               *(signature)*
　(Date)                                                    (Signature)



PROOF OF SERVICE

6178252
(11705871)