# Exhibit A

| | |
|---|---|
| **From:** | Westerheide, Chuck(NBCUniversal) |
| **To:** | Nemchik, Hilary |
| **Subject:** | [EXTERNAL] RE: voicemail |
| **Date:** | Friday, September 11, 2020 2:45:59 PM |

**\*\*This email came from an external source. Be cautious about clicking on any links in this email or opening attachments.\*\***

Yes, that will work.

**From:** Nemchik, Hilary <HNemchik@sandiego.gov>
**Sent:** Friday, September 11, 2020 1:57 PM
**To:** Westerheide, Chuck(NBCUniversal) <chuck.westerheide@nbcuni.com>
**Subject:** [EXTERNAL] Re: voicemail

Is this the best number? ▇▇▇▇▇▇

Hilary Nemchik

Director of Communications

Office of City Attorney Mara W. Elliott

1200 Third Avenue, Suite 1620

San Diego, CA 92101-1406

Tel: (619) 533-6176

Email: HNemchik@sandiego.gov

*PLEASE NOTE: This email is for the sole use of the intended recipient(s) and may contain information protected by the ATTORNEY-CLIENT PRIVILEGE and/or by the ATTORNEY WORK PRODUCT DOCTRINE. The contents of this email may include confidential and/or inside information and may be legally privileged or protected and should not be communicated to or relied upon by any person without express consent of the sender. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited and may be unlawful. If you have received this email in error, please immediately notify the sender by reply email, delete the original communication, and destroy all copies.*

**From:** Westerheide, Chuck(NBCUniversal) <chuck.westerheide@nbcuni.com>
**Sent:** Friday, September 11, 2020 12:58 PM
**To:** Nemchik, Hilary <HNemchik@sandiego.gov>
**Subject:** [EXTERNAL] RE: voicemail

**\*\*This email came from an external source. Be cautious about clicking on any links in this email or opening attachments.\*\***

Thanks Hilary.  Yes, 3pm will work.

**From:** Nemchik, Hilary <HNemchik@sandiego.gov>
**Sent:** Friday, September 11, 2020 12:53 PM
**To:** Westerheide, Chuck(NBCUniversal) <chuck.westerheide@nbcuni.com>
**Subject:** [EXTERNAL] voicemail

Hi Chuck,

I got your voicemail. Are you available at 3

Best,

Hilary


Hilary Nemchik

Director of Communications

Office of City Attorney Mara W. Elliott

1200 Third Avenue, Suite 1620

San Diego, CA 92101-1406

Tel: (619) 533-6176

Email: HNemchik@sandiego.gov


*PLEASE NOTE: This email is for the sole use of the intended recipient(s) and may contain information protected by the ATTORNEY-CLIENT PRIVILEGE and/or by the ATTORNEY WORK PRODUCT DOCTRINE. The contents of this email may include confidential and/or inside information and may be legally privileged or protected and should not be communicated to or relied upon by any person without express consent of the sender. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited and may be unlawful. If you have received this email in error, please immediately notify the sender by reply email, delete the original communication, and destroy all copies.*